IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CHRIS K., and C.K.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ANTHEM BLUE CROSS and BLUE SHIELD,<br><br>　　　　Defendant. | Case No. 1:25-CV-00239-JL-TSM<br><br>Judge Joseph N. Laplante<br><br>Magistrate Judge Talesha L. Saint-Marc |

**STIPULATION TO ESTABLISH DEADLINE FOR DEFENDANT'S ANSWER TO COMPLAINT AND SUBMISSION OF ADMINISTRATIVE RECORD**

　　Defendant Anthem Health Plans of New Hampshire, Inc. dba Anthem Blue Cross and Blue Shield ("Anthem") and Plaintiffs Chris K. and C.K. ("Plaintiffs") (together with Anthem, the "Parties"), by and through their respective counsel of record and pursuant to the Court's July 31, 2025 Summary Order, ECF No. 25, hereby stipulate and agree that, pursuant to L.R. 9.4, Anthem's deadline to answer Plaintiff's Complaint and provide the administrative record to the Court is September 9, 2025.

　　Accordingly, the Parties stipulate and inform the Court that, pursuant to L.R. 9.4, Anthem's deadline to file its responsive pleading and a copy of the administrative record is September 9, 2025.

1

Dated: August 7, 2025

/s/ *Joseph A. Farside Jr.*
Joseph A Farside Jr. (NH Bar # 264907)
**TROUTMAN PEPPER LOCKE LLP**
c/o One Financial Plaza
Westminster St # 2800
Providence, RI 02903
Joseph.Farside@troutman.com
(401) 455-7648
*Attorney for Defendant Anthem*

/s/ *Francis G. Murphy*
*(signed by filing attorney with permission)*
Brian S. King, admitted pro hac vice
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 8411
brian@briansking.com

Francis G. Murphy
**SHAHEEN & GORDON**
191 Main Street
Nashua, NH 03060
fmurphy@shaheengordon.com
*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that this motion was electronically filed in the court's electronic filing system and served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Francis G. Murphy
SHAHEEN & GORDON
191 Main Street
Nashua, NH 03060
fmurphy@shaheengordon.com

Brian S. King
BRIAN S. KING, P.C.
420 East South Temple, Suite 420
Salt Lake City, UT 8411
brian@briansking.com
*Attorney for Plaintiffs*

Date of Service: August 7, 2025

                                            Signature: */s/ Julie Robert*
                                            Name:       Julie Robert
                                            Address:    One Financial Plaza
                                                                Suite 2800, Westminster Street
                                                                 Providence, RI 02903
                                            Email:        Julie.robert@troutman.com